**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THOMAS W. CRIMMINS,

                              Plaintiff,                 **ORDER**

        -against-                                    24 Civ. 995 (PMH)(JCM)

UNITED STATES, *et al.*,

                             Defendants.
-------------------------------------------------------------X

       The Court has been referred this case for settlement. (Docket No. 46). By February 24, 2025, the parties are directed to submit a joint letter stating (1) whether any settlement discussions have been held, and (2) when each side believes a settlement conference would be most productive.

Dated:  February 3, 2025
           White Plains, New York

                                                               **SO ORDERED:**

                                                                _____
                                                                JUDITH C. McCARTHY
                                                                United States Magistrate Judge