UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THOMAS W. CRIMMINS,

                Plaintiff,

v.

                                                                       <u>ORDER</u>

UNITED STATES, et al.,

                                                                    24-CV-00995-PMH

                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
            July 17, 2025

                                                                     _____
                                                                     Philip M. Halpern
                                                                     United States District Judge